FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### May 22, 2026

for the

Eastern District of Washington

SEAN F. MCAVOY, CLERK

SELIA R.

*Plaintiff*

)
)
)
)
)
)

v.

Civil Action No.   1:25-cv-3196-EFS

FRANK BISIGNANO,
Commissioner of Social Security

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Pursuant to the Court Order at ECF No 18, the ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits for the period January 9, 2013–April 5, 2017 and for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the period April 6, 2017–August 5, 2024. The parties' briefs, ECF Nos. 14 and 16 are TERMINATED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea.

Date:   5/22/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*